| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| GEORGE ANTHONY LAMMERS, § § § Plaintiff, § § versus § § RACHEL CHAPA, § § Defendant. § | CIVIL ACTION NO. 1:16-CV-14 |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff George Anthony Lammers, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this lawsuit against Rachel Chapa.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion for default judgment be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that plaintiff's motion for default judgment is **DENIED.**

SIGNED at Beaumont, Texas, this 16th day of September, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE